Chapter 13 Plan Summary          Case No 10-71307

Debtor: <u>James Andre Harris</u> SSN#:<u>XXX-XX- 0688</u> Net Monthly Earnings: <u> $2111.16</u>

<u>   Joyce Coleman Harris</u> SSN#:<u>XXX-XX-8187</u> Net Monthly Earnings: <u> $860.88</u>

Number of Dependents: <u>3</u>

I.    ( X ) Payroll Deduction Order  : To<u>Ambassador Personnel, P O Box 2057, Thomasville, GA 31799-2057</u> a periodic payment of <u>$120.00</u>  **X weekly** into the plan ; Length of plan is approximately<u> 60 </u> months, and the total debt to be paid through the plan is approximately <u> $31,176</u>

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A.   PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) (See Sec. 1322(a)(2))

     The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
|  |  |  |  |

   B. Total Attorney Fee: $ <u>2500.00</u>;  <u>$0</u>          paid pre-petition: $<u>1040.00    </u>

   <u>          </u>to be paid at confirmation and $<u>27.00          </u> per Month until paid in full.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with 5% interest in deferred cash payments as follows:

     1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid | Regular Payments to begin: Month/ Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

     2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Pro-posed Interest Rate | Proposed Fixed Payment | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| Nicholas Financial | $10 | $9839.00 | $10,000 |  | 06 Dodge Charger | 6% | $205.06 | 7/10 |
| Skyland Auto | $10 | $5948.00 | $7495 |  | 03 GMC Yukon XL | 6% | $123.96 | 7/10 |
| Sterling/Kay | $1 | $542.99 | $542.99 |  | rings | 6% | $11.32 | 7/10 |
|  |  |  |  |  |  |  |  |  |

III. Other debts (not shown in 1. or 2. above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason For Direct Payment |
|---|---|---|---|---|
| AL One C U | $2941.14 | $125 | 00 Pon Grand AM | current |
|  |  |  |  |  |

IV. Special Provisions:

       ❑ This is an original plan.

       **X** This is an amended plan replacing plan dated        6-8-10

       ❑ Debtor assumes/rejects lease with

       **X** This plan proposes to pay  $6,888 over the life of the Plan to unsecured creditors at 5% interest

       **X** Other provisions:

(1) Creditors being paid nonplan direct are hereby granted limited relief to continue to send monthly invoices, statements, and payment requests to facilitate these monthly maintenance payments

| | | |
|---|---|---|
| Attorney for Debtor Name/Address/Telephone # | Dated:7-12-10 | /s/ James Andre Harris |
| <u>   Nora G Elder                              </u> | | Signature of Debtor |
| <u>   P O Box 3091                              </u> | Dated:7-12-10 | /s Joyce Coleman Harris |
| <u>   Tuscaloosa AL 35403 </u> <u> 205-758-9074 noraelder@bellsouth.net</u> | | Signature of Debtor |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the attached upon all creditors scheduled on the Court's Mailing Matrix and C David Cottingham, Trustee, by placing a copy thereof in the United States Mail, with adequate postage thereon, or by electronic means where available.

This the 13th day of July, 2010.

/s/ Nora G. Elder
Nora G Elder
Attorney for Debtor
P. O. Box 3091
Tuscaloosa, AL 35403
205-758-9074
fax 205-750-8913
noraelder@bellsouth.net